# Third District Court of Appeal

## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1363
Lower Tribunal No. 19-23233
_____

**Maria R. Sergent Chauser,**
Appellant,

vs.

**Adam Shai Chauser,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Maria R. Sergent Chauser, in proper person.

Kaplan Loebl, LLC, and Liliana Loebl and Amanda B. Haberman, for appellee.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed. Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate

court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").